# United States Court of Appeals for the Federal Circuit

---

**CSC SUGAR LLC,**
*Plaintiff-Appellant*

v.

**UNITED STATES, AMERICAN SUGAR COALITION, AMERICAN SUGAR CANE LEAGUE, AMERICAN SUGARBEET GROWERS ASSOCIATION, AMERICAN SUGAR REFINING, INC., FLORIDA SUGAR CANE LEAGUE, RIO GRANDE VALLEY SUGAR GROWERS, INC., SUGAR CANE GROWERS COOPERATIVE OF FLORIDA, UNITED STATES BEET SUGAR ASSOCIATION, CAMARA NACIONAL DE LAS INDUSTRIAS AZUCARERA Y ALCOHOLERA,**
*Defendants-Appellees*

---

**CSC SUGAR LLC,**
*Plaintiff-Appellant*

v.

**UNITED STATES, GOVERNMENT OF MEXICO, AMERICAN SUGAR COALITION, AMERICAN SUGAR CANE LEAGUE, AMERICAN SUGARBEET GROWERS ASSOCIATION, AMERICAN SUGAR REFINING, INC., FLORIDA SUGAR CANE LEAGUE, RIO GRANDE VALLEY SUGAR GROWERS, INC., SUGAR CANE GROWERS COOPERATIVE OF FLORIDA,**

UNITED STATES BEET SUGAR ASSOCIATION,
CAMARA NACIONAL DE LAS INDUSTRIAS
AZUCARERA Y ALCOHOLERA,

*Defendants-Appellees*

_____

2020-2227, 2020-2228

_____

Appeal from the United States Court of International Trade in No. 1:20-cv-00016-LMG, Senior Judge Leo M. Gordon.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered July 19, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

September 9, 2021                    /s/ Peter R. Marksteiner
                                     Peter R. Marksteiner
                                     Clerk of Court